UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 274 |
| v. | ) | |
| LAMONT CLAYBORN | ) | Hon. Michael T. Mason |

The undersigned Affiant personally appeared before <u>MICHAEL T. MASON</u>, a United States Magistrate Judge, and being duly sworn on oath, states: That at <u>EASTERN DISTRICT WISCONSIN</u>, one LAMONT CLAYBORN was charged in an Indictment with violating Section <u>846</u> of the United States Code, Title <u>21</u>, for the offense of <u>CONSPIRING TO POSSESS WITH THE INTENT TO DISTRIBUTE AND TO DISTRIBUTE CONTROLLED SUBSTANCES, NAMELY, 5 KILOGRAMS OR MORE OF MIXTURES CONTAINING COCAINE</u>, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. Both the Warrant for Arrest and Indictment are attached hereto.

Wherefore, Affiant prays that the defendant be dealt with according to law.

LARRY LAPP
Special Agent, Federal Bureau of Investigation

Subscribed and Sworn to before me this
<u>2nd</u> day of <u>April</u>, 2008.

Michael T. Mason
United States Magistrate Judge

F I L E D
APR - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

J. GREGORY DEIS
Assistant U.S. Attorney

1

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.

LAMONT CLAYBORN
dob: 12/18/1966

**WARRANT FOR ARREST**

CASE NUMBER: 08-CR-88

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LAMONT CLAYBORN and bring him forthwith to the nearest magistrate to answer an indictment charging him with knowingly and intentionally conspiring to possess with the intent to distribute and distribute in excess of 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, § § 841(a)(1), 841(b)(1)(A) and 846.

CLERK OF COURT
Name of Judicial Officer

United States District Court Clerk
Title of Issuing Officer

_____
Signature of Issuing Officer

March 26, 2008, at Milwaukee, WI
Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED: | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: | | |

AO 442 (Rev. 5/85) Warrant for Arrest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'08 MAR 25 P4:11

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

Case No.

v.

08 CR 88

LAMONT CLAYBORN,

Defendant.

[ Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846. ]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

1. Beginning by at least 2004 and continuing through at least 2006, in the Eastern District of Wisconsin and elsewhere,

**LAMONT CLAYBORN**

knowingly and intentionally conspired with persons known and unknown to the grand jury to possess with the intent to distribute and distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. The offense involved 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(b)(1)(A) and 846.

**FORFEITURE NOTICE**

All property of the defendant constituting or derived from any proceeds obtained as a result of the offense set forth in Count One, and all property of the defendant used or intended to be used to commit or facilitate the commission of the offense, is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 853. The property subject to forfeiture includes a personal money judgment in an unspecified amount, representing the amount of unseized proceeds obtained as a result of the controlled substance offense set forth in Count One.

A TRUE BILL:

FOREPERSON

Dated: 3-25-08

STEVEN M. BISKUPIC
United States Attorney

2