## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 274 | **DATE** | 4/2/2008 |
| **CASE TITLE** | United States vs. Lamont Clayborn | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 4/2/08. Defendant appears in response to arrest on 4/1/08. Defendant informed of his rights. Enter Order appointing Daniel Martin as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Lamont Clayborn is the person named in the arrest warrant. Government and defendant agree on certain conditions of release. Order defendant removed to the Eastern District of Wisconsin.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|