CH

08 CR 274

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 If Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 08 CR 274

Eastern District of Wisconsin
Mr. Jon W. Sanfilippo, Clerk
United States District Court
362 United States Courthouse and
Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X R. Meier    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): R. Goveira
C. Date of Delivery: 4-11-08

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

08 CR 274

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0005 2036 0111

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



UNITED STATES POSTAL SERVICE

FILED Apr 15 2008 NF

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

APR 15 2008

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN ST
CHICAGO, ILLINOIS 60

RECEIVED APR 15 2008

08 CR 274