**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

MICHAEL W. DOBBINS, CLERK

OFFICE OF THE CLERK
April 8, 2008

FILED
APR 2 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 2 3 2008

Eastern Distruct of Wisconsin
Mr. Jon W. Sanfilippo, Clerk
United States District Court
362 United States Courthouse and
 Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202



U.S. DIST. COURT EAST DIST. WISC
FILED
APR 11 2008
AT_____O'CLOCK_____M
JON W. SANFILIPPO, CLERK

Re:  USA v. Lamont Clayborn - 08 CR 274

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

 X  Docket Sheet,                     X  Order of Removal dated: 4/2/08
    Case No.: 08 CR 274

 X  Affidavit in Removal             ___ Final Commitment Proceedings

 X  Financial Affidavit              ___ Temporary Commitment

 X  Order appointing counsel          X  Order setting conditions of release

___ CJA 20 Form                      ___ Detention Order

 X  Appearance form                   X  Appearance Bond

                                     ___ Other(see docket for entries):


Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
    Marsha E. Glenn, Deputy Clerk